UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   2:26−cv−00418−MCS−PVC          Date       April 15, 2026

Title     PORTER CAPITAL CORPORATION V. ATAMA PREMIER FOODS, LLC ET AL

Present:       The Honorable   Mark C. Scarsi , U. S. District Judge

Stephen Montes Kerr                         Not Reported;
Deputy Clerk                          Court Reporter/Recorder

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
None Present                              None Present

**Proceedings:    (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

Plaintiff is ordered to show cause, in writing, no later than July 22, 2026, why this action should not be dismissed for lack of prosecution or for failure to timely complete service. The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:

 X  Proof of service of summons and complaint

 _  Response to the complaint by the defendant or an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a)

 _  Application for entry of default judgment pursuant to Federal Rule of Civil Procedure 55(b)

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action. Fed. Rs. Civ. P. 4(m), 41(b).

**IT IS SO ORDERED.**

Initials of Clerk:   smo